# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127775

GEORGE J. WILLIAMS,
        Plaintiff-Appellant,

v

FAIRLANE MEMORIAL CONVALESCENT
HOME, d/b/a FAIRLANE NURSING CENTRE,
        Defendant-Appellee,

and

SOUTHFIELD REHABILITATION
COMPANY, d/b/a GREAT LAKES
REHABILITATION HOSPITAL, and
LAMARR RICHARDSON.
        Defendants.

SC: 127775
COA: 256976
Wayne CC: 04-411738-NO

_____/

      On order of the Court, the application for leave to appeal the December 28, 2004 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

s1026